UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
United States of America,

                                            18 Cr. 669 (DAB)
                                                   ORDER

    v.


Jeffrey Estevez, et al.,

                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    On September 17, 2019, at page 12 of the transcript, lines 5-22, the Court made clear to the parties that the non-capital Defendants would on December 17, 2019 at 11:00 a.m. inform the Court which motions, if any, they expect to make. On November 21, 2019, the Court received a letter from the case's coordinating discovery attorney. It is not clear to the Court based on that letter whether the parties will be prepared to detail any proposed motions on December 17. Non-capital Defense Counsel by joint letter shall inform the Court by December 6, 2019 at 4:00 p.m. whether they will be prepared to go forward with motion details during the December 17, 2019 conference.

SO ORDERED.

DATED:    November 26, 2019
             New York, New York

                                                      Deborah A. Batts
                                           United States District Judge