USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/19_____

Law Offices of
# Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, NY 10007
T: 212•229•1516 - F: 212•676•7497
Cellular: 201•306•4369
donnanewmanlaw@aol.com

Member NY & NJ Bar

December 3, 2019

Via ECF & Email
The Honorable Deborah A. Batts
United States District Court Judge
For the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Jeffrey Estevez, et al.*
   18 cr. 669 (DAB)

Dear Judge Batts:

     I represent Jonathan Maldonado in the above referenced matter. A conference in this matter is scheduled for December 17th at 10:30 am. In accord with Your Honors' Order, I emailed all defense counsel to ascertain their readiness to announce motions at the scheduled conference and their possible preference for an adjournment of the conference. See Doc. Entry No. 131. I received email responses from counsel representing eleven of the thirteen defendants in this case.[1] Based on the responses I received from these counsel, on behalf of the Defense, I ask the Court to adjourn the December 17th conference until the last week in February or the first week in March. This time is needed for counsel to review discovery, confer with their clients, and discuss possible disposition short of trial with the government. Counsel are aware that at the next schedule conference, the Court anticipates defense counsel will be prepared to announce motions, and a motion schedule will be set.

The Dec. 17 conference is adjourned until March 17, 2020 at 2:00 p.m.. In the interest of justice time is excluded until that time.
/s/DAB
12/5/19

SO ORDERED

Jonathon

*[signature: Deborah A. Batts]*
Deborah A. Batts
United States District Judge

December 5, 2019

---

[1] I have not received a response to my blast ema[il ...] Espinal nor from Matt Kluuger counsel for Loui[s ...]

On behalf of their clients, defense counsel waive speedy trial to enable them to review discovery with their clients and discuss with the Government possible dispositions of the case short of trial. The Government advised that they consent to the Defense's requested adjournment.


Respectfully submitted,
    /s/
Donna R. Newman
cc: All counsel via ECF