# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

August 5, 2020

**BY ECF ONLY**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

     Re:   *United States v. Adonis Ramirez*
              S1 18 Cr. 669 (JPO)

Dear Judge Oetken:

    After discussions with the government and our client, Adonis Ramirez, we have reached an agreement for a disposition.  Accordingly, we respectfully request that we be permitted to reserve the right to file motions out of time in the unlikely event that the guilty plea does not go through.

Respectfully submitted,

Jill R. Shellow

> Granted.
> So ordered.
>  August 7, 2020

_____
J. PAUL OETKEN
United States District Judge

cc:   All Counsel (by ECF only)

**Connecticut Office**:  2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC