

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**   *United States v. Jeffrey Estevez, et al.,* **18 Cr. 669 (JPO)**

Dear Judge Oetken:

      The Government respectfully submits this letter, with consent of defense counsel, to adjourn the upcoming status conference, currently scheduled for January 14, 2021, to a date and time convenient for the Court in approximately 30 days. The Government and the defendants have been finalizing plea negotiations and agreements. Additionally, there are no pending motions.

      The Government also requests, with the consent of all defense counsel, to exclude time under the Speedy Trial Act between January 14, 2021 and the new conference date set by the Court. Such an exclusion will allow the parties to finalize plea negotiations and agreements, and be in the interests of justice.

Granted.  The January 14, 2021 pretrial conference is hereby adjourned to February 24, 2021, at 5:00 p.m.  Time is excluded through February 24, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered:
  1/13/2021

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s_____
    Christopher D. Brumwell
    Assistant United States Attorney
    917-710-0661

_____
    J. PAUL OETKEN
  United States District Judge