UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

-against-

**Adonis Ramirez**

                         Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELEPHONE CONFERENCE**

18-CR-669  ( JPO)

I hereby consent to participate in the following proceeding(s) by telephone conference:

✓   Guilty Plea

___   ~~Sentencing~~

_____
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
**Defendant's Counsel's Signature**

_Adonis Ramirez_____
**Print Defendant's Name**

_Andrew Patel_____
**Print Counsel's Name**

This proceeding was conducted by reliable telephone conference technology:

2/5/2021
**Date:**

_____
J. PAUL OETKEN
United States District Judge