UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ADONIS RODRIGUEZ,
                     Defendant.

18-CR-669-4 (JPO)

ORDER

       The Court has received the attached letter from Defendant Adonis Rodriguez dated March 5, 2021, in which he requests permission to withdraw his guilty plea in this case.

       A hearing will be scheduled promptly to address this matter. Ideally the hearing will be in person, but it may be conducted by video if the Defendant consents to proceeding remotely.

       SO ORDERED.

Dated: March 12, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

Hon. J Paul Oetken                                    3-5-21

Your Honor, I am writing the Court to respectfully request that I be allowed to revoke my plea of guilty and I be allowed to sever ties with my currently acting attorney. My attorney Sam A Schmidt was not truthful when he told me what I would be pleading guilty to and the amount of time I would be facing. I understand that this request is being made rather "late in the game" but I have only become aware of the situation very recently.

                                    Respectfully Submitted

                                x
                                Adonis Rodriguez



NEW YORK NY 100
9 MAR 2021 PM 9 L

USDNY

J. Paul Oetken
40 Foley Square Room 2101
NY-NY 10007 · CHAMBERS

10007-150255

A. Rodriguez
#865-31-057
150 Park Row
NY-NY 10007