

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
New York, New York 10007

   Re: *United States v. Jeffrey Estevez, et al.*, S1 18 Cr. 669 (JPO)

Dear Judge Oetken:

  The Government respectfully submits this letter, with consent of all defense counsel, to adjourn the upcoming status conference, currently scheduled for April 23, 2021, to a date and time convenient for the Court in approximately 30-60 days. Many of the defendants have accepted plea agreements, and the parties are in the process of scheduling guilty plea dates with Your Honor's Chambers. Moreover, there are no pending motions.

  The Government also requests, with the consent of all defense counsel, to exclude time under the Speedy Trial Act between April 23, 2021 and the new conference date set by the Court. Such an exclusion will allow the parties to finalize plea negotiations and agreements, and be in the interests of justice.

> Granted. The pretrial conference is adjourned to June 25, 2021, at 2:30 pm. The Court hereby excludes time through June 25, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered. Dated April 22, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
 /s/
Mathew Andrews
Assistant United States Attorney
Southern District of New York
(212) 637-6526

J. PAUL OETKEN
United States District Judge